IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ROBERT FRANK SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-035 |
| | ) | |
| DAVID CHANEY, Medical Doctor, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**
_____

Plaintiff, incarcerated at Telfair State Prison in Helena, Georgia, commenced the above-captioned case pursuant to 42 U.S.C. § 1983. Because Plaintiff filed a declaration purporting to add facts in support of his claim and incorporate by reference his original complaint, the Court ordered him to amend his complaint to include all claims in one document. (Doc. no. 11.) However, Plaintiff also filed a motion for preliminary injunction and temporary restraining order alleging he is in imminent danger of severe harm as a result of Defendant's refusal to treat his chronic hepatitis C. (Doc. no. 8.) It is clear from the original complaint, declaration, and motion for preliminary injunction that Plaintiff's claims as currently alleged pass initial screening pursuant to 28 U.S.C. § 1915A. Moreover, time is of the essence in determining whether Plaintiff is entitled to preliminary injunctive relief given his serious allegations. Defendant's attorney has executed a waiver of service and notice of appearance on Defendant's behalf, which the Court appreciates. (Doc. nos. 12, 13.)

Accordingly, the Court **ORDERS** Defendant to respond to Plaintiff's motion for a

preliminary injunction within fourteen days of this Order. Once Plaintiff files his amended complaint as directed by the Court, the Court will formally screen that amended complaint and provide Plaintiff and Defendant instructions on how to proceed.

SO ORDERED this 18th day of June, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA