# United States District Court
## Southern District of Georgia

ROBERT FRANK SMITH,

       Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 318-035

DAVID CHANEY, Medical Doctor,

       Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated August 16, 2018 adopting the Report and Recommendation as the opinion of the Court, Plaintiff's Motion for Preliminary Injunction, Motion for Temporary Restraining Order, and Motion to Hold in Contempt of Court are denied; Defendant's Motion to revoke Plaintiff's IFP status is granted, and Plaintiff's IFP status is hereby revoked. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit, which would require submission of a new complaint and paying the filing fee in full. This action is dismissed without prejudice. This case stands closed.



| 08/16/2018 | | Scott L. Poff |
|---|---|---|
| *Date* | | *Clerk* |

/s/ Jamie Hodge
(By) Deputy Clerk